UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

ROBERT C. HEINEMANN
CLERK

JAMES GIOKAS
CHIEF DEPUTY

DATE: 4/5/05

RE:   U.S.A.   vs.   Bundu

Magistrate Docket Number: 05 M 451

Your District Docket Number: 05 M 1076

Dear Sir/Madam:

Enclosed please find copies of our entire file in the above captioned Rule 40 Removal proceeding regarding defendant:

__Francoise Ngele Bundy__

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this letter signed and dated.

Respectfully,

Sui-May Yuen
Criminal Arraignments
(718) 260-2620

ACKNOWLEDGMENT_____

DISTRICT_____

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
### 225 CADMAN PLAZA EAST
### BROOKLYN, NEW YORK 11201

**ROBERT C. HEINEMANN**
**CLERK**

**JAMES GIOKAS**
**CHIEF DEPUTY**

DATE: 4/5/05

RE: U.S.A. vs. Bundu

Magistrate Docket Number: 05 M 451

Your District Docket Number: 05 MJ 1076

Dear Sir/Madam:

Enclosed please find copies of our entire file in the above captioned Rule 40 Removal proceeding regarding defendant:

Francoise Ngele Bundy

Please acknowledge receipt of same by mailing back to our office the enclosed copy of this letter signed and dated.

Respectfully,

Sui-May Yuen
Criminal Arraignments
(718) 260-2620

ACKNOWLEDGMENT_____

DISTRICT_____

CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
## CRIMINAL DOCKET FOR CASE #: 1:05-mj-00451-RML-ALL
## Internal Use Only

Case title: USA v. Bundu

Date Filed: 04/04/2005

Assigned to: Magistrate-Judge Robert M. Levy

**Defendant**

**Francoise Ngele Bundu** (1)
*TERMINATED: 04/04/2005*

represented by **Florian Miedel**
Federal Defender Division
16 Court Street
Brooklyn, NY 11201
718-330-1208
Fax: 718-855-0760
Email: florian_miedel@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**
DATED 4/5 20 05
ROBERT C. HEINEMANN
SMW/ CLERK

### Plaintiff

USA                          represented by **Charles Kelly**
United States Attorneys Office
One Pierrepont Plaza, 14th Floor
Brooklyn, NY 11201
718-254-6038
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2005 | 1 | RULE 5 AFFIDAVIT /Removal to the District of Massachusetts as to Francoise Ngele Bundu. (Yuen, Sui-May) (Entered: 04/05/2005) |
| 04/04/2005 | 2 | Minute Entry for proceedings held before Robert M. Levy :Initial Appearance in Rule 5(c)(3) Proceedings as to Francoise Ngele Bundu held on 4/4/2005 (Tape #05/65 (2507-3098).)AUSA Charles Kelly present. Dft present w/ counsel Florian Miedel. Dft arraigned on the removal complaint. No bail package presented. Order of commitment entered. Dft waived identity hearing. (Yuen, Sui-May) (Entered: 04/05/2005) |
| 04/04/2005 | 3 | WAIVER of Rule 5 Hearings by Francoise Ngele Bundu (Yuen, Sui-May) (Entered: 04/05/2005) |
| 04/04/2005 | 4 | COMMITMENT TO ANOTHER DISTRICT as to Francoise Ngele Bundu. Defendant committed to District of Massachusetts . Signed by Judge Robert M. Levy on 4/4/05. (Yuen, Sui-May) (Entered: 04/05/2005) |
| 04/04/2005 | 5 | CJA 23 Financial Affidavit by Francoise Ngele Bundu (Yuen, Sui-May) (Entered: 04/05/2005) |
| 04/04/2005 | | ***Case Terminated as to Francoise Ngele Bundu, ***Terminated defendant Francoise Ngele Bundu, (Yuen, Sui-May) (Entered: 04/05/2005) |

JP:CPK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

FRANCOISE NGELE BUNDU,

         Defendant.

- - - - - - - - - - - - - - - - -X

457 M

REMOVAL TO THE DISTRICT
OF MASSACHUSETTS

(Fed. R. Crim. P. 5)

EASTERN DISTRICT OF NEW YORK, SS:

      JOSEPH M. KINCAID, being duly sworn, deposes and states that he is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

      Upon information and belief, on or about March 16, 2005, a warrant was issued by the United States District Court for the District of Massachusetts commanding the arrest of the defendant FRANCOISE NGELE BUNDU, pursuant to a criminal complaint charging international parental kidnapping in violation of Title 18, United States Code, Sections 1204.

      The source of your deponent's information and the grounds for his belief are as follows:

      1.   In or about January, 2004, the defendant FRANCOISE NGELE BUNDU fled the United States to the Congo with her two minor children, Maya Bundu and Betoya Bundu.

      2.   The Probate and Family Court in Middlesex County, Massachusetts subsequently issued an order granting full custody



2

of the children to the defendant's husband and ordered the defendant to return to the United States by March 6, 2004 with the children, which she failed to do.

3. On March 16, 2005, the defendant was charged in a complaint in the District of Massachusetss with international parental kidnapping in violation of Title 18, United States Code, Section 1204. A copy of the criminal complaint is annexed hereto.

4. On March 16, 2005, a warrant for the arrest of the defendant was issued by United States Magistrate Judge Judith Gail Dein of the United States District Court for the District of Massachusetts. A copy of the warrant is annexed hereto.

5. On April 3, 2005 at or about 1:00 p.m., defendant arrived at JFK International Airport on Delta flight #119 from Paris, France. At that time, she was interviewed and arrested on the outstanding warrant attached hereto.

6. At the time of her arrest, the defendant FRANCOISE NGELE BUNDU was carrying a driver's license in the name of FRANCOISE NGELE BUNDU and presented a Congolese passport in the name of FRANCOISE NGELE BUNDU. I have compared a photograph of the defendant previously provided to the FBI in connection with

3

this investigation and confirmed that they are the same person.

WHEREFORE, it is requested that the defendant FRANCOISE NGELE BUNDU be removed to the District of Massachusetts so that she may be dealt with according to law.

JOSEPH M. KINCAID
Special Agent
Federal Bureau of Investigation

Sworn to before me this
4th ~~day~~ of April 2005

UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK

04/03/05  SUN 12:46 FAX 1 860 779 4904   TROOP D DESK   TROOP D   ☒003

AO 442 (Rev. 5/83) Warrant for Arrest

# United States District Court

### DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

FRANCOISE NGELE BUNDU

**WARRANT FOR ARREST**

CASE NUMBER: 05M-1076-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ FRANCOISE NGELE BUNDU _____
                                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)
International Parental Kidnapping

In violation of Title _____ United States Code, Section(s) 1204

JUDITH GAIL DEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

3/16/05  Boston, MA
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

FRANCOISE NGELE BUNDU

CRIMINAL COMPLAINT

CASE NUMBER: 05M-1676-JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about January 15, 2004 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) remove a child from the United States outside the United States with intent to obstruct the lawful exercise of parental rights

in violation of Title 18 United States Code, Section(s) 1204

I further state that I am a(n) Special Agent, FBI and that this complaint is based on the following facts:

See attached Affidavit of FBI Special Agent Tamara N. Harty

Continued on the attached sheet and made a part hereof: ☐ Yes ☐ No

SA _Tamara N. Harty_
Signature of Complainant

Sworn to before me and subscribed in my presence,

03-16-2005 at Boston, Massachusetts
Date City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_Judith Gail Dein_
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

## AFFIDAVIT

I, Tamara N. Harty, Special Agent, Federal Bureau of Investigation (FBI), being duly sworn upon my oath, depose and state the following:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for approximately two years. I have been assigned to the Boston Division since February, 2003. I am currently assigned to the Violent Crimes Task Force, which comprises personnel of the FBI, the Massachusetts State Police, and the police departments of Boston, Malden and Cambridge. The task force investigates crimes aboard aircraft, racketeering activity, human trafficking and kidnappings (international and national). I am the Crimes Against Children Coordinator for the Boston Division of the FBI and have attended several training sessions sponsored by the National Center for Missing and Exploited Children (NCMEC).

2. I am aware that Title 18, United States Code, Section 1204, makes it a federal criminal offense to remove a child from the United States or retain a child who has been in the United States outside the United States with intent to obstruct the lawful exercise of parental rights. Having so stated, I make this affidavit in support of a complaint charging an individual named Francoise Ngele Bundu ("Francoise Bundu") with violation of that statute.

3. The facts asserted in this affidavit are based on my

own investigation and/or on information provided to me by others connected with the investigation. In submitting this affidavit, however, I have not included each and every fact known to me about the investigation, but only those facts that I believe are sufficient to support a finding of probable cause.

4. In 1999, Benoit Ngedi Bundu ("Benoit Bundu") and Francoise Ngele Bundu married; both are originally from the Congo. On October 30, 2003, Francoise Bundu gave birth to twins, Maya Nsimba Bundu and Betoya Nzuzi Bundu. The Bundus were residing in Cambridge, Massachusetts at the time of the birth of the children.

5. The Bundus had been experiencing marital problems since shortly after their marriage, however, and they separated in late 2003. Francoise Bundu remained in the couple's Cambridge residence with the children while Benoit Bundu moved out and stayed with friends and at various hotels.

6. As of January 14, 2004, the Bundus were in the process of divorcing and resolving custody issues relating to the children. The case was before the Probate and Family Court in Middlesex County. On or about that date, the court issued an order which, among other things, granted Francoise Bundu permission to travel to the Congo with the children, from on or around February 1, 2004 to on or about March 1, 2004, to visit with family. The court imposed several restrictions upon

2

Francoise Bundu, however. She was required to provide Benoit Bundu with the children's itinerary for the trip to the Congo, evidence that plane tickets had been purchased, copies of the children's passports, and the address and telephone in the Congo where she could be reached. The order also required Francoise Bundu to allow Benoit Bundu's family in the Congo to visit with their children while they were in the Congo.

7. On or about January 15, 2004, and in violation of the court order, Francoise Bundu fled the United States with the children. Also notwithstanding the court's order, Francoise Bundu did not provide Benoit Bundu with any information regarding her destination or how she could be reached.

8. On or about March 3, 2004, Francoise Bundu's counsel in the divorce case represented to the court that Francoise Bundu was in Belgium. The court then granted sole legal and physical custody of the children to Benoit Bundu and issued an order requiring Francoise Bundu to return to the United States before 2:00 p.m. on March 5, 2004. She did not comply with the court's order. Instead, her counsel submitted a motion seeking to restore custody of the children to her, and presented the court with an airline itinerary demonstrating Francoise Bundu's intent to return to the United States with the children on Saturday, March 6, 2004. The court declined to give her custody of the children then, but set a hearing for Monday, March 8, 2004 to

3

review the issue further.  The court also explicitly ordered that Francoise Bundu "deliver the children to the Court" on that day. However, Francoise Bundu did not appear with the children on that date or thereafter.

9.  On January 19, 2005, the Interpol office in Kinshasa advised that Francoise, Maya and Betoya Bundu had been located at 46 Okito Avenue, Ngaliema Commune, the Congo.  On or about February 15, 2005, the Interpol office sent another message advising that Francoise Bundu had attempted to travel to the United States but had returned to Belgium after experiencing illness and financial difficulties while traveling.  I am aware from information obtained from Immigration and Customs Enforcement that Francoise Bundu now has an immigration hearing scheduled for April 5, 2005.  Francoise Bundu has not contacted Benoit Bundu to notify him of this hearing, and it is believed that Francoise Bundu intends to attend the hearing and then quietly return to the Congo when the hearing has concluded.

4

10. Based on the foregoing, I believe there is probable cause to believe that on or about January 15, 2004, Francoise Bundu did move and travel in interstate and foreign commerce with the intent to obstruct the lawful exercise of parental rights, in violation of Title 18, United States Code, Section 1204.

*SA Tamara N. Harty*
TAMARA N. HARTY
Special Agent, FBI

Sworn to before me this 16th day of March 16, 2005, under the pains and penalties of perjury, at Boston, Massachusetts

*Judith Gail Dein*
JUDITH GAIL DEIN
United States Magistrate Judge

5

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **05 451 M**

2) Defendant's Name: Bundu (Last)   Francoise (First)   Ngele (M.I.)

3) Age: _____

4) Title: _____ Section(s): _____

5) Citizen of: _____   Needs: _____ Interpreter

6) Arrest Warrant Issued: _____   Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: X Yes ___No   Other District: Dist. of Massachusetts

8) Name of Interpreter used today: _____   Language: _____

9) Arraignment on complaint held: ✓ Yes ___No   Date/Time: 4/4/05

10) Detention Hearing Held: ___   Bail set at: ___   ROR Entered: ___   POD Entered: ✓

11) Temporary Order of Detention Entered: ___   Bail Hearing set for: ___

12) (a) Preliminary Hearing set for: _____; or waived: _____
    (b) Removal Hearing set for: _____; or waived: _____
    (c) Status Conference set for: _____

13) ASSISTANT U.S. ATTORNEY: Charles Kelly

14) DEFENSE COUNSEL'S NAME: Florian Miedel
    Address: _____
    Bar Code: _____   CJA: ___   PDA: ✓   RET: ___
    Telephone Number: (___) _____

15) ESR Tape #: 05/65 (2507-3098)

16) ___ Defendant was advised of bond conditions by the Court and signed the bond.
    ___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ___ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: Commitment to another district order entered. Identity hearing waived

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS ___ DAY OF 4/5/05, 20__

_____
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA
V.
Francoise Ngele Bundu

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

CASE NUMBER: 05- 451M

I, _____, understand that in the _____ District of _____, charges are pending alleging violation of _____ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing
(   ) preliminary examination
(   ) identity hearing and have been informed I have no right to a preliminary examination
(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_____
Defendant

_____          _____
Date                              Defense Counsel

# UNITED STATES DISTRICT COURT

**EASTERN** District of **NEW YORK**

UNITED STATES OF AMERICA
v.
Francoise Ngele Bundu

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 05-451 M | |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☐ Indictment   ☐ Information   ☒ Complaint   ☐ Other (specify) Violation of Conditions of release

charging a violation of _____ U.S.C. § _____

**DISTRICT OF OFFENSE**
District of Massachusetts

**DESCRIPTION OF CHARGES:**

Kidnapping

**CURRENT BOND STATUS:**
☐ Bail fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel   ☒ Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?** ☒ No   ☐ Yes   Language: _____

**DISTRICT OF NEW YORK**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

4/5/05 _____ [signature] Robert _____
Date                                       United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:   4/5 -05

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE  CJA 23

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF

_____ VS. _____  FOR _____  AT _____

**LOCATION NUMBER** ▶

PERSON REPRESENTED (Show your full name)
▶ Francoise Bundu

1. ☒ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box ➤) ☒ Felony  ☐ Misdemeanor
18 USC 1204

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $_____
IF NO, give month and year of last employment **Feb. 04**
How much did you earn per month $ **40,000 year**
If married is your Spouse employed? ☐ Yes ☐ No **unsure**
IF YES, how much does your Spouse earn per month $_____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED $_____
SOURCES _____

**CASH**
Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No  IF YES, state total amount $ **800.00 / $2200.00**

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT
VALUE _____ DESCRIPTION _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: **2**
List persons you actually support and your relationship to them
Mya - 17 months
Betoya - 17 months

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | American Express Card | $200.00 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
I certify the above to be correct.
▶ Bundu Francoise  4/4/05