UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br>  )<br>v.  )<br>  )<br>FRANCOISE NGELE BUNDU,  )<br>    Defendant.  )<br>  ) | Docket No.: 05-01076-JGD |

## NOTICE OF APPEARANCE

To the Clerk of the Above-Named Court:

    Now comes Andrew C. Phelan, Esq., and hereby enters his appearance on behalf of the Defendant, Francoise Ngele Bundu, in the above-captioned matter.

    Respectfully submitted,

     /s/  Andrew C. Phelan
Andrew C. Phelan, BBO #643160
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8603

LITDOCS/635173.1

## CERTIFICATE OF SERVICE

I, Andrew C. Phelan, hereby certify that on the 22nd day of March, 2006, I served a true copy of the above documents upon the individual listed below by first class mail, postage pre-paid:

Donald L. Cabell
United States Attorney's Office
1 Courthouse Way
Boston, MA  02210

      /s/   Andrew C. Phelan
           Andrew C. Phelan