UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>FRANCOISE NGELE BUNDU, )<br>    Defendant. )<br>) | Docket No.: 05-01076-JGD |

### NOTICE OF WITHDRAWAL OF APPEARANCE

To the Clerk of the Above-Named Court:

Now comes John P. Puleo, Esq., pursuant to LR, D.Mass. 83.5.2(c), and hereby moves to withdraw his appearance on behalf of the Defendant, Francoise Ngele Bundu, in the above-captioned matter.

Respectfully submitted,

_____
John P. Puleo, BBO #555849
HASSAN & REARDON, P.C.
800 Boylston Street
The Prudential Center
Boston, MA 02199
(617) 859-3600

## CERTIFICATE OF SERVICE

I, John P. Puleo, hereby certify that on the 22nd day of March, 2006, I served a true copy of the above documents upon all parties of record, via first class mail, postage pre-paid, to:

Donald L. Cabell
United States Attorney's Office
1 Courthouse Way
Boston, MA 02210

Francoise Bundu
1 Kimball Court, Apt #503
Woburn, MA 01801

Andrew C. Phelan
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

_____
John P. Puleo