Francoise Bundu
1 Kimball Court, Apt #503
Woburn, MA 01801
Tel: 781-729-0227



February 5, 2007

Judge Judith Gail Dein
United States Magistrate Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Re: *United States v. Francoise Bundu, Case No. 05-mj-01076-JGD*

Dear Judge Dein:

    I am the defendant in the above referenced case which you had Dismissed with Prejudice on January 26, 2007.

    I am writing to oppose to Mr. Puleo's, my original counsel of record, motion for the release of the $25,000 cash bail as security for the bond to him.

    My reason to the opposition is that Mr. Puleo sent me the Assignment of Bail form on December 1, 2005, and told me that he will no longer help me on the case until I sign it; also that I will be indicted in the coming days if he didn't get his fees. I finally sign the paper fearing to be indicted.

    Your honor, I am on welfare and owe my family hundred of thousands of dollars this cash bail should go directly to them.

Thank you for considering this request.

Sincerely,

*Francoise B*
Francoise Bundu

cc: Attorney John P. Puleo