UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>v.<br><br>FRANCOISE NGELE BUNDU,<br>　　Defendant. | Docket No.: 05-01076-JGD |

## ORDER FOR THE RELEASE OF CASH DEPOSITED AS SECURITY FOR BOND

This matter having come before the Court upon the report of attorney John P. Puleo and Defendant Francoise Bundu that they have, through their respective counsel, reached a negotiated settlement regarding their dispute over the assignment of the $25,000 cash bail posted in the above-captioned matter, and have with the assistance of counsel fully executed legal documentation of their agreement, and the Court being fully apprised in the premises:

IT IS HEREBY ORDERED AND ADJUDGED that the $25,000 cash bail deposited in the above-referenced case be released to attorney John P. Puleo for the distribution of the funds according to the negotiated confidential agreement reached between attorney Puleo and Defendant Bundu.

_____
Judith Gail Dein
United States Magistrate Judge

Dated: 4/4/07